No. 631. SATURNINO LOPEZ *v.* MANUEL ERNESTO GONZALEZ. November 23, 1926. Petition for a writ of cer-

tiorari to the Supreme Court of the Philippine Islands denied. *Mr. Samuel T. Ansell* for petitioner. No appearance for respondent.